THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. SPERIE BARTHOLOMEO, Appellant.

*Crimes — burglary and grand larceny — judgment of conviction affirmed.*

People v. *Bartholomeo,* 209 App. Div. 851, affirmed.

(Argued October 9, 1924; decided October 24, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 24, 1924, which affirmed a judgment of the Monroe County Court, rendered upon a verdict convicting the defendant of the crimes of burglary in the third degree and grand larceny in the second degree.

*Charles E. Callahan* for appellant.

*William F. Love,* District Attorney *(Ray F. Fowler* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ADA H. HEINSOHN, Respondent, v. MICHAEL OLNICK et al., as Copartners under the Firm Name of OLNICK BROTHERS, Appellants.

AUGEREAU G. HEINSOHN, Respondent, v. MICHAEL OLNICK et al., as Copartners under the Firm Name of OLNICK BROTHERS, Appellants.

*Negligence — restaurant — injury to patron of restaurant by fall of plaster from ceiling.*

Heinsohn v. *Olnick,* 208 App. Div. 834 (2 cases), affirmed.

(Argued October 9, 1924; decided October 24, 1924.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 12, 1924, affirming a judgment in favor of plaintiff entered upon a verdict. The first action was brought to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second action was brought by the husband of the plaintiff in the first to recover for loss of her services and medical

expenses by reason of such accident. The accident and injury of which the plaintiffs complain happened to the wife while she was dining in the Burnham restaurant, located at Broadway, corner of Ninety-sixth street, in the city of New York, July 10, 1920, at about half-past five o'clock in the afternoon, by the falling of a piece of plaster from the ceiling, striking her upon the head and causing the injuries complained of.

*D-Cady Herrick* and *Julius Blumoffe* for appellants.

*L. Horatio Biglow, Jr.,* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.

---

Morris I. Halperin, Respondent, *v.* McCrory Stores Corporation, Appellant.

*Landlord and tenant — lease — action by tenant to enjoin landlord from cutting off heat and elevator service at night.*

*Halperin* v. *McCrory Stores Corpn.,* 207 App. Div. 448, affirmed.
(Submitted October 9, 1924; decided October 24, 1924.)

Appeal from a judgment, entered March 7, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiff. The action was to enjoin the defendant (landlord) from cutting off the heat and elevator service during the night time in certain premises occupied by plaintiff as tenant, under certain leases, the construction of which presented the question at issue.

*John F. Collins* and *Harry S. Bandler* for appellant.

*Albert Conway* for respondent.

Judgment affirmed, with costs, on opinion of Jaycox, J., below.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.